$01.86°
DEC 22 2015
MAILED FROM ZIP CODE 46241

US DISTRICT COURT
46 E OHIO ST, RM 105
INDIANAPOLIS, IN 46204



RECEIVED
DEC 28 2015
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA